IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHYLE BRISCOE,

    Petitioner,               No. CIV S-04-2175 FCD GGH P

    vs.

A.K. SCRIBNER,

    Respondents.           ORDER

_____/

        On April 8, 2005, the parties filed a joint scheduling statement.  The court will grant petitioner's request for ninety days to review the case and file his initial briefing.  Respondent has requested ninety days to respond.  The court will grant respondent sixty days.  If additional time is required, respondent may file a request for extension of time.

        Petitioner also states that he intends to file a discovery motion thirty days after the reply is filed.[1]  Petitioner also requests that the court schedule briefing for his evidentiary hearing motion after briefing is complete.  The court prefers that motions for discovery and evidentiary hearings be submitted with the reply.  Litigating motions for discovery and evidentiary hearings after the action is fully briefed is cumbersome.

---

[1] The traverse is now called a reply.  Rule 5(e), Rules Governing Section 2254 Cases.

1

Accordingly, IT IS HEREBY ORDERED that:

1. On or before July 11, 2005, petitioner shall file either supplemental points and authorities for the existing petition, an amended petition or a request to stay and abey to pursue unexhausted claims; if petitioner files a supplemental points and authorities or an amended petition, respondent's response is due sixty days thereafter; petitioner's reply is due thirty days thereafter; a motion to stay and abey shall be noticed in accordance with the local rules;

2. Any motions by petitioner for discovery or an evidentiary hearing shall be filed with the reply.

DATED: 4/20/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
bris2175.sch