IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHYLE BRISCOE,

        Petitioner,                        No. CIV S-04-2175 FCD GGH P

   vs.

A.K. SCRIBNER, et al.,

        Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 14, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. The parties have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  The findings and recommendations filed February 14, 2007, are adopted in
3   full; and

4   2.  Petitioner's September 15, 2006, motion to amend is granted as to claims 11,
5   13, 14, 16 to the extent it is based on appellate counsel's failure to raise claims 13 and 14; the
6   motion to amend is denied in all other respects; and respondent is ordered to file a response to
7   the petition within thirty days; petitioner may file a reply within thirty days thereafter.

8   DATED:   April 5, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2