EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MOONA NANDI
Deputy Attorney General
State Bar No. 168263
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5962
  Fax: (415) 703-1234
  Email: moona.nandi@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHYLE BRISCOE,** | CIV S-04-2175 FCD GGH P |
| Petitioner, | |
| v. | |
| **A.K. SCRIBNER, Warden, et al.,** | |
| Respondent. | |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including July 6, 2007, to file an answer to the petition for writ of habeas corpus.

Dated: 5/14/07

/s/ Gregory G. Hollows

U.S. Magistrate Judge