IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHYLE BRISCOE,** | CIV S-04-2175 FCD GGH P |
| Petitioner, | **ORDER GRANTING SECOND ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **A.K. SCRIBNER, Warden, et al.,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including September 4, 2007, to file an answer to the petition for writ of habeas corpus.  No further extensions of time will be granted.

Dated: 7/9/07

/s/ Gregory G. Hollows
U.S. Magistrate Judge

bri2175.ord