IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHYLE BRISCOE,

        Petitioner,                   No. CIV S-04-2175 WBS GGH P

    vs.

A.K. SCRIBNER, Warden,

        Respondent.           ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 22, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. The Magistrate Judge's findings and recommendations adequately address petitioner's argument, set forth in the objections, that that petitioner exhausted Claim 7 in a petition for review to the California Supreme Court,

1

1 rather than a state habeas corpus petition. Having carefully reviewed the entire file, the court
2 finds the findings and recommendations to be supported by the record and by proper analysis.
3       Accordingly, IT IS HEREBY ORDERED that:
4       1. The findings and recommendations filed February 22, 2008, are adopted in
5 full;
6       2. Respondent's July 27, 2007, motion to dismiss is denied as to claim one;
7 respondent's motion as to claim 7 is granted;
8       3. Respondent shall file an answer within thirty days of the date of this order;
9 petitioner may file a reply within thirty days thereafter.
10 DATED: April 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/bris2175.805