IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHYLE BRISCOE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A.K. SCRIBNER, Warden,<br><br>　　　　　Respondent. | CIV S-04-2175 FCD GGH P<br><br>[~~PROPOSED~~] ORDER GRANTING ENLARGEMENT OF TIME TO FILE ANSWER |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause of July 17, 2008, and provide the relevant state court record, will be extended to October 15, 2008. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer or otherwise responsive pleading. *No further extensions.*

Dated: Aug. 20, 2008

*/s/ Gregory G. Hollows*
GREGORY G. HOLLOWS
United States Magistrate Judge

SF2004FH0245

[Proposed] Order

1