IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHYLE BRISCOE,

        Petitioner,                      No. CIV S-04-2175 FCD GGH P

    vs.

A.K. SCRIBNER, et al.,

        Respondents.            <u>ORDER</u>

_____/

        Petitioner, a state prisoner through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 17, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed July 17, 2008, are adopted in full; and

2. Petitioner's May 8, 2008 (#57) motion to stay proceedings is denied.

DATED: October 6, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE