STEPHANIE M. ADRAKTAS
(No. 215323)
Attorney at Law
P.O. Box 424015
San Francisco, CA 94142
Telephone (415) 699-1507
Fax Number  (415) 626-5475

Attorney for Petitioner
KHYLE BRISCOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHYLE BRISCOE,<br><br>      Petitioner,<br><br>   v.<br><br>A.K. SCRIBNER, Warden<br>      Respondent. | NO. CIV 04-CV-02175 FCD GGH<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY** |

     For the reasons stated in the foregoing Unopposed Motion for Enlargement of Time to File Reply Brief, IT IS ORDERED that the Motion for Enlargement of Time is granted.  On or before February 9, 2009 the petitioner must file a Reply Brief.

DATED: December 8, 2008


/s/ Gregory G. Hollows
_____
THE HONORABLE GREGORY G. HOLLOWS
MAGISTRATE JUDGE

bris2175.eot2