1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KHYLE BRISCOE,

11          Petitioner,                    No. CIV S-04-2175 FCD GGH P

12      vs.

13   A.K. SCRIBNER, et al.,

14          Respondents.            ORDER

15   _____/

16          Petitioner, a state prisoner proceeding with appointed counsel, is proceeding with

17   a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to a stipulation

18   (Doc. #74), filed on March 16, 2009, the hearing scheduled on March 26, 2009, is vacated, and

19   petitioner's motion for an evidentiary hearing and leave to depose an out of state witness, will be

20   decided on the pleadings.

21          Accordingly, IT IS HEREBY ORDERED that the March 26, 2009, hearing is

22   vacated.

23   DATED: March 18, 2009

24                                         /s/ Gregory G. Hollows

                                           _____
25                                         GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE
     GGH:AB
26   bris2175.vac

                                              1